UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.: 0:20-CV-62558-AHS

HOWARD COHAN,

     Plaintiff,

vs.

FEDEX OFFICE AND PRINT SERVICES, INC.,
a Foreign Profit Corporation
d/b/a FEDEX OFFICE PRINT & SHIP CENTER

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FEDEX OFFICE AND PRINT SERVICES, INC.,, a Foreign Profit Corporation, d/b/a FEDEX OFFICE PRINT & SHIP CENTER, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 27, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

**By: /s/ Kelly M. Peña**
Kelly M. Peña
Florida Bar No. 106575
kelly.pena@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506
Facsimile: 305.374.0456
Attorney for Defendant

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         **/s/ Gregory S. Sconzo**
                                         **Gregory S. Sconzo, Esq.**