UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-62558-SINGHAL/VALLE

HOWARD COHAN,

    Plaintiff,

v.

FEDEX OFFICE AND PRINT SERVICES, INC., a foreign profit Corporation d/b/a Fedex Office Print & Ship Center,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the parties' January 27, 2021 Notice of Settlement (DE [8]), reporting that the case has settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **30 days** of the date of this Order. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case. Furthermore, the Court retains jurisdiction over the case until the settlement is consummated. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of January 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF