UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62558-AHS

HOWARD COHAN,

        Plaintiff,

v.

FEDEX OFFICE AND PRINT SERVICES, INC.,
a Foreign Profit Corporation,
d/b/a/ FEDEX OFFICE PRINT & SHIP CENTER,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties, Plaintiff Howard Cohan and Defendant FedEx Office and Print Services, Inc., hereby stipulate to the dismissal with prejudice of all claims in this case, with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: February 24, 2021 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| SCONZO LAW OFFICE, P.A. | 9130 S. Dadeland Boulevard |
| 3825 PGA Boulevard | Suite 1625 |
| Suite 207 | Miami, Florida 33156 |
| Palm Beach Gardens, FL 33410 | Telephone: 305.374.0506 |
| Telephone: 561.729.0940 | Facsimile:  305.374.0456 |
| Facsimile: 561.491.9459 | |
| | _Kelly M. Peña_ |
| _Gregory S. Sconzo_ | Kelly M. Peña |
| Gregory S. Sconzo | Florida Bar No. 106575 |
| Florida Bar No. 105553 | kelly.pena@ogletreedeakins.com |
| greg@sconzolawoffice.com | |
| alexa@sconzolawoffice.com | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |