UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-62558-SINGHAL/VALLE

HOWARD COHAN,

    Plaintiff,

v.

FEDEX OFFICE AND PRINT SERVICES, INC.,
a foreign profit corporation d/b/a Fedex Office
Print & Ship Center,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE [10]). The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of February 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF